# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>[SEE ATTACHED **EXHIBIT A**],<br><br>Defendants. | Adversary Proceeding<br>Case Nos. (See attached **Exhibit A**) |

## CERTIFICATION OF COUNSEL REGARDING REQUEST FOR APPOINTMENT OF MEDIATOR

The undersigned hereby certifies the following:

1. Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, (the "Plaintiff") filed complaints (the "Complaints") with the United States Bankruptcy Court for the District of Delaware (the "Court") against the defendants listed on Exhibit A hereto (the "Defendants," and together with the Plaintiff, the "Parties").

2. The Defendants in the adversary proceedings listed on Exhibit A (the "Adversary Proceedings") filed answers and/or other responsive pleadings to the Complaints and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

a proposed form of scheduling order (the "Scheduling Order") was entered by the Court.

3. Pursuant to the Scheduling Order, the Adversary Proceedings were assigned to mediation and the Defendants were to provide Plaintiff with a list of three (3) proposed mediators. *Scheduling Order*, ¶3. If the Parties cannot agree on a mediator, the Plaintiff shall file a statement alerting the Court of such inability and request that the Court select and appoint a mediator for the Adversary Proceedings. *Id*. at ¶4.

4. The Defendants either failed to respond to multiple requests for a list of proposed mediators, or, in the case of Adv. Pro. No. 19-50829 (Mary Ellen Nuhn), counsel for the Plaintiff and Defendant could not agree on a mediator.

5. Accordingly, the Plaintiff requests that the Court select and appoint a mediator for each of the Adversary Proceedings from the following list of mediators that agreed to serve if appointed by the Court: (i) Judith Fitzgerald; (ii) Leslie Berkoff; (iii) Lucian Murley; and (iv) Derek Abbott.

6. The Plaintiff hereby requests selection of a mediator for each of the Adversary Proceedings at the Court's convenience.

| Dated: | November 25, 2020<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: bsandler@pszjlaw.com<br>       acaine@pszjlaw.com<br>       crobinson@pszjlaw.com<br><br>*Counsel to the Plaintiff* |
|---|---|---|