# EXHIBIT A

| Defendant(s) | Adv. Proc. Case No. |
|---|---|
| Mary Ellen Nuhn | 19-50829 |
| Kirk W. Chubka | 19-50826 |
| Phillip Ball a/k/a Larry Ball | 19-50913 |
| Gregg W. Butler | 19-50958 |
| Harold Plain | 19-50974 |
| Joseph Loox | 19-50978 |
| Richard Anthony Miller | 19-51008 |
| Deb Brundage | 19-51069 |
| Provident Trust Group, Custodian For The Benefit Of Christopher M. Soulier Roth Ira; Christopher M. Soulier | 19-51050 |
| Jay N. Brown | 19-51047 |
| Bette Tydings | 19-51002 |
| Provident Trust Group, Custodian For The Benefit Of Deborah J. Murphy Ira; Deborah J. Murphy | 19-50583 |