IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (BLS) |
| Debtor. | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | Adv. Proc. No.: 19-50829 (BLS) |
| v. | : | |
| Mary Ellen Nuhn, | : | |
| Defendant. | : | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    _____    A mediation session scheduled to occur on _____, 2021.

    __X__    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    _____    OTHER:

Dated: February 8, 2021        */s/ Judith K. Fitzgerald*
                                        Judith K. Fitzgerald (PA I.D. No. 18110)
                                        Tucker Arensberg, P.C.
                                        1500 One PPG Place
                                        Pittsburgh, PA  15222
                                        (412) 594-1212

TADMS:5455099-1 035888-190859