## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Woodbridge Group of Companies, LLC | : Case No.: 17-12560 (JKS) |
| Debtor. | : |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : **MEDIATOR'S CERTIFICATE OF COMPLETION** |
| Plaintiff, | : |
| v. | : Adv. Proc. No.: 19-50829 (JKS) |
| Mary Ellen Nuhn, | : |
| Defendant. | : |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation was held on June 16, 2021 and resolved in the following manner *(complete applicable provisions)*.

(a) The following individuals were present:

    (1) Parties (name and capacity) -

    Mary Ellen Nuhn, Defendant

    (2) Counsel (name and party representing) -

    Jason Pomerantz, Counsel to Michael Goldberg
    James Huggett, Counsel to Defendant

(b) The following parties failed to appear and/or participate as ordered:

(c) The outcome of the mediation conference was:

    _____ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

TADMS:5547439-1 035888-190859

_____    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____    The following issues remain for this court to resolve:

_X_    The matter has not been resolved and should proceed to trial.

_____    OTHER: This matter has settled prior to mediation.

Dated: July 20, 2021

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald (PA I.D. No. 18110)
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 594-1212

TADMS:5547439-1 035888-190859